THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jeffrey R. Colberth,       
Appellant.
 
 
 

Appeal From Berkeley County
R. Markley Dennis, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-519
Submitted October 1, 2004  Filed October 
 14, 2004

APPEAL DISMISSED

 
 
 Assistant Appellate Defender
 Robert M. Dudek, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Donald J. Zelenka, all of Columbia; and Solicitor Ralph E. Hoisington, 
 of Charleston, for Respondent.
 
 

PER CURIAM:  On November 20, 2002, Jeffrey 
 R. Colberth was convicted of murder.  He was sentenced to life in prison.  Colberth 
 appeals, arguing the trial court erred by refusing to suppress Colberths statement 
 to the police.  On appeal, counsel for Colberth has filed a brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967), asserting that there were 
 no meritorious grounds for appeal and requesting permission to withdraw from 
 further representation.  Colberth filed a pro se response.    

After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
STILWELL, BEATTY and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.